IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____MACON_____ DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

RICO LAMAR BALLARD
#886719

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

WARDEN GEORGE IVEY
DEPUTY WARDEN STANFORD; LT. SALLY
LT. HARRISON; UNIT MANAGER
GRIER

(NAME OF EACH DEFENDANT) All ARE SUED IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES

Defendant(s)

CIVIL ACTION NO:

## I. GENERAL INFORMATION

1. Your full name and prison number  RICO LAMAR BALLARD 886719
2. Name and location of prison where you are now confined  HANCOCK STATE PRISON - SPARTA, GA
3. Sentence you are now serving (how long?)  ALLEGEDLY LIFE BUT I'M FALSELY IMPRISONED
   (a) What were you convicted of?  ALLEGEDLY MURDER; FELONY MURDER AND AGGRAVATED ASSAULT MERGED INTO MALICE MURDER
   (b) Name and location of court which imposed sentence  FULTON COUNTY SUPERIOR COURT
   (c) When was sentence imposed?  6-28-96
   (d) Did you appeal your sentence and/or conviction?  Yes ✓  No ☐
   (e) What was the result of your appeal?  ALLEGEDLY DENIED

(f) Approximate date your sentence will be completed **Already complete - Falsely Imprisoned**

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?
   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): N/A  **I don't understand but I listed all my previous lawsuits**
       Defendant(s): N/A

   (b) Name of Court: _____
   (c) Docket Number: _____   When did you file this lawsuit? _____
   (d) Name of judge assigned to case: _____
   (e) Is this case still pending?   Yes [ ]   No [✓]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
       Plaintiff(s): **Rico Lamar Ballard**
       Defendant(s): **Jacquelyn Barrett; Fulton County Jail; Norman Gibson**
   (b) Name of Court: **Northern District of Georgia**
   (c) Docket Number: **1:04-CV-3465**   When did you file this lawsuit? **I don't remember**
   (d) Name of judge assigned to case: **Richard Story**
   (e) Is this case still pending?   Yes [ ]   No [✓]

Continuation of Court Case (Civil Lawsuits)

Ballard-v-Holland 5:21-CV-139 - Middle District
Don't Remember Court Decision - Court Orders were stolen

Ballard-v-Holland #22-10232-F - 11th Cir Appeal
Don't remember Court Decision - Court Orders were stolen; Ballard-v-Terriel 4:16:09-CV-00002
Ballard-v-Gaines 5:21-CV-141 Middle District
Ballard-v-Matthews 5:21-CV-140 Middle District
Ballard-v-Matthews #22-13730-H 11th Cir Appeal
Ballard-v-Morales 5:21-CV-138 Middle District
Ballard-v-Morales #21-13881-GG 11th Cir Appeal
Ballard-v-Morales 5:21-CV-142 Middle District
Ballard-v-Parish 4:22-CV-123 Northern District
Ballard-v-Sprayberry 4:22-CV-125 Northern District
Ballard-v-Woodard 4:22-CV-124 Northern District
Gumm-v-Ford 5:15-CV-41-MTT-CHW

Please take notice I declare under the penalty of perjury that this is a list of Civil Action Cases and Appeals as I remember because I am suffering from memory lost and alot of my legal documents were stolen. However, this is a list of the Civil Action Case Numbers I found

Respectfully Submitted
Rico L Ballard 886719
Rico L. Ballard 886719

(f) If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

SETTLEMENT AGREEMENT THROUGH ~~DATES~~ ATTORNEY INMATE

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ☐   No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? HANCOCK STATE PRISON GENERAL POPULATION - DORMITORY - H-2

(a) Does this institution have a grievance procedure?   Yes ☑   No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑   No ☐

(2) If Yes, what was the result? THAT I FILED THE GRIEVANCE OUT OF TIME HOWEVER IT WAS WITHIN 10 DAYS OF THE INCIDENT BUT THESE COUNSELORS BE PROLONGING TURNING IN GRIEVANCES

(3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I ADVISED DEPUTY WARDEN STANFORD THAT I WAS ASSAULTED IN SEVERAL REGARDS I ADVISED HIM OF THIS WITHIN 7 DAYS OF THE INCIDENT AT INSPECTION BUT WARDEN IVY WAS ALREADY AWARE

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes [✓]    No [ ]

(1) If Yes, to whom did you appeal and what was the result? THEY INVESTIGATED AND IT APPEARED MY GRIEVANCE WAS NOT TURNED IN IN TIME REQUIRED

(2) If No, explain why you did not appeal: _____

10. In what other institutions have been confined? Give dates of entry and exit.

GEORGIA DIA 3 CLASSIFICATION PRISON; PHILLIP STATE PRISON; HAYS STATE PRISON; SMITH STATE PRISON; WARE STATE PRISON; VALDOSTA STATE PRISON; SPECIAL MANAGEMENT UNIT; HANCOCK STATE PRISON - MACON STATE PRISON - I HAVE BEEN TO SOME OF THESE PRISONS SEVERAL TIMES - I DON'T REMEMBER THE DATES

IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

RICO LAMAR BALLARD 886719
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

WARDEN GEORGE IVY - HANCOCK STATE PRISON
DEPUTY WARDEN STANFORD - HANCOCK STATE PRISON
UNIT MANAGER GRIER - HANCOCK STATE PRISON
Lt. HARRISON - HANCOCK STATE PRISON
Lt. SALLY - HANCOCK STATE PRISON

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? HANCOCK STATE PRISON - H-2 - GENERAL POPULATION

WHEN do you allege this incident took place? MAY 25, 2024

WHAT happened? ON MAY 25, 2024 INBETWEEN THE TIMES AROUND 5pm THROUGH 10pm I WAS BOMBRUSHED BY SEVERAL UNKNOWN INMATES WITH HOMEMADE KNIFES AND OTHER METAL OBJECTS AND ASSAULTED BEATEN, STABBED AND SEXUAL ASSAULTED IN THE MIDDLE OF THE H-2 DORM... I WAS MARCHED AND DRAGGED AROUND THE DORM WHILE BEING BEATEN, ASSAULTED, STABBED AND SEXUAL ASSAULTED... AFTERWARDS I WAS DRAGGED INTO THE CELL WHERE I WAS CONTINUOUSLY BEATEN, ASSAULTED, STABBED AND SEXUAL ASSAULTED... LATER THAT NIGHT I WAS ESCORTED TO THE SALLYPORT BY UNKNOWN INMATES WITH MY PROPERTY AND LOCKED IN THE SALLYPORT... DURING THE COURSE OF THIS WHOLE SITUATION I DIDN'T SEE NO OFFICERS; THERE WERE NOT OFFICERS IN THE CONTROL BOOTH AND THERE WERE NO OFFICERS MAKING SECURITY PATROLS; ROUNDS OR CHECKS WHILE THIS OCCURRED... AT AROUND 12:58 AM OR 1:00 AM THE EARLY MORNING OF MAY 26, 2024 LT. SALLY AND LT. HARRISON CAME THROUGH THE FRONT DOOR INTO THE SALLYPORT AND UPON SEEING ME THEY BOTH SCREAMED AND INSTRUCTED THE DORM TO LOCKDOWN

Afterwards Lt. Harrison radioed to Unit Manager Grier that "Ballard is in the sallyport with a swollen face and a hole in his head, he's in bad shape"...... Unit Manager Grier replied "Bring him to medical" or "Bring him to intake."... Lt. Harrison then stated "10.4"... Once she finished over the walkie-talkie, she entered the dorm along with Lt. Sally and locked the dormitory down... Upon Lt. Harrison exiting the dormitory, she advise me that "she would be to take me to get medical treatment" and resecured me in the sallyport. However, she did not return until around 5am or 5:30 am when she brung the dormitory lockdown trays... The dormitory was temporary locked down about what happened to me... Lt. Harrison and Lt. Sally left me in the sallyport the entire time from when they came into the sallyport and found me there assaulted with wound without taking me to get medical treatment until that morning after she finished feeding the dormitory... Lt. Harrison escorted me to medical and after a medical examination... The nurse or whoever examined me stated "He needs to go to the outside hospital"... I don't remember whom it was because my vision was blurred and I could barely focus but I do remember "Somebody came in and said "I heard they raped him too" Nonetheless, this fact was overlooked... Yet the nurse stated "He going to the outside hospital"

Further, before I was transported to the outside hospital... I saw Unit Manager Grier when I was being escorted to intake and she asked "What happened

and I replied "I don't remember, all I know I was bomb rushed in the middle of the dorm by the kiosk". Thereafter, Lt. Harrison escorted me inside of intake where I was searched and transported to the local hospital where I was examined than placed inside sometype of body X-ray machine and the nurse did something to my head; examined my neck; put a neck brace around my neck after the examination and pulled some metal out my back ...... I was in extreme pain and after being provided some strong medicine... I fell asleep, however when I awoke the nurse gave me some pills, ice pack, and took the neck brace off than advised the officers we could go.

Hancock State Prison is understaffed and there is rarely a officer working the control booth or working the dormitory making security patrols, rounds or checks... they rarely make cell checks, security rounds or visible body checks... This is an ongoing practice or custom at Hancock State Prison and Warden Ivey and Deputy Warden Stanford are fully aware of this but yet hasn't corrected this security issue, even though, inmates are often beaten and put out the dorm on 2nd shift.

Warden Ivey and Deputy Warden Stanford both possess the knowledge both of the infirm condition and of the means to cure those conditions because the understaffing Not staffing the control booths; not staffing the dormitorie; Not making security patrols, rounds or checks is an ongoing occurrence that neither Warden Ivey or

Deputy Warden Stanford has corrected..

Lt. Harrison and Lt. Sally were both Lieutenant on the night of this incident and neither one of them staffed the control booth or staffed the control booth with officers that night.... Furthermore, didn't neither one of them make security rounds, checks or patrols that night and did not neither one of them ensure security patrols, checks or rounds were made that night and this is an ongoing occurrence

Moreso, both Lt. Harrison and Lt. Sally abandoned me in the sallyport over night until early that next morning with numerous of injuries

Unit Manager Grier is the 2nd shift Unit Manager and she did not staff the control booth or ensure that the control booth were staffed... she did not make security rounds, checks or patrols that night or ensure that security rounds, checks or patrols were made... this is an ongoing occurrence and she possessed the knowledge both of the infirm conditions and of the means to cure those conditions but failed to do so by failing to staff the control booth and ensure security patrols, rounds or checks were made

Further.. before or after I was transported to the hospital... I spoke with Warden Ivey in intake and he summoned me into the office along with Lt. Harrison where he asked "What had happened?" and I replied "All I know is I was bumrushed by several unknown inmates" and brutally beaten"

Than he stated to Lt. Harrison "You see, he ain't gone tell me nothing but I know what took place, this was a gang violation"... I looked at him and just stared in disbelief while he continued talking to Lt. Harrison because he had disregarded my health condition due to he felt what happene was a gang violation.

However, after Warden Ivey and Lt. Harrison conversatio was finished... Lt. Harrison and I stepped out the office into the intake area where she produced a touchscree phone and started playing a video than declared "This what happened and if you don't tell us what happened, I'm going to write you up" and I asked "For what?" and replied "Assault by a unknown offender" than I declared "It ain't no such charge" and she stated "You will see"

Later after all my alleged medical checks were done I was escorted to the lockdown building G-1-109 By Lt. Crayton whom had transported me to the outside Hospital....... When classification came and did my classification hearing a few days later, I found out that I was awaiting disciplinary hearing for "Assault by an unknown offender"... I have been lockdown since May 26th 2024 and now it's October 2, 2024 and I am still lockdown pending disciplinary hearing for "Assault by an unknown offender"

Warden Ivey; ~~Depon~~ Deputy Warden Stanford; Unit Manager Grier; Lt. Harrison and Lt. Sally was deliberate indifference to my health and safety and violated my 8th and 14th Amendments rights by knowingly disregarding a substantial risk ~~to~~ of serious harm to me by failing to ~~ensure~~ provide reasonable protection from prison violence;; by failing to ensure protection from general danger arising from a prison environment that both stimulated and condoned violence ;; by failing to ensure that prison policies designed to protect prisoners including regular security patrols, security checks, security rounds and adequate staffings were properly carried out ;; by possessing knowledge both of the infirm conditions and of the means to cure those conditions and failing to do so ;; by failure to adequately staff the prison, staff the control booths, staff the dorm and ensure that regular security rounds were made; by failure to staff the control booth and make security patrol, security rounds or checks themselves ;; by failure to supervise correctional officers, staff the prison, staff the control booth and making security patrols resulting in failure to provide reasonable protection of myself and other inmates ]]; by failure to supervise staff and administer measures that would minimize the chance of error ;; by failure to ensure that officers patrol throughout the dormitories ;; by failure to adequate administrate surveillance ;; by failure to properly manage staffs which all played a part of and resulted in

my injuries... Furthermore

Unit Manager Grier, Lt. Harrison and Lt. Sally was deliberate indifference to my health and safety by knowingly disregarding my serious medical needs when they left me in the sallyport overnight enduring extreme pain from my injuries after they examined, or knew or made aware of my injuries

I suffered from head injuries (wounds); neck injuries; rib injuries (2 cracked or broken ribs); back injuries (wounds in the back); facial injuries (swollen face with fractured bones)

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

N/A

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

(1) That I am immediately transferred to transitional center
(2) That I am awarded 6 Billion dollars in monetary damages and whatever damages from each defendant for my pain & suffering; All are sued in their individual and official capacities
(3) That officers are placed in every control booth and in every dorm providing security
(4) That Hancock State Prison is immediately fully staffed
(5) Whatever other damages this Honorable Court deem necessary

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 3rd day of OCTOBER, 2024.

Ryan L Bell  886719
PLAINTIFF

## CERTIFICATE OF SERVICE

I do HEREBY certify that I have this day deposited a accurate copy of the foregoing <u>42 USC 1983 CIVIL Action</u> in the US mail addressed and served upon each defendant through this Honorable court at

(1) OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
P.O. BOX 128
MACON, GA 31202

(2) WARDEN IVEY; DEPUTY WARDEN STANFORD; UNIT MANAGER GRIER
Lt. HARRISON; Lt. SALLY
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087

THIS THE 4th DAY OF OCTOBER 2024

Rico L. Ball 886719
RICO L. BALLARD 886719
HANCOCK STATE PRISON
P.O. BOX 339
SPARTA, GA 31087