IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RICO LAMAR BALLARD, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00377-MTT-CHW |
| | * |
| WARDEN GEORGE IVEY, et al, | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 7, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of November, 2024.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk